## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Tikeeia W. Bullock | : | |
| | : | Case No.: 21-10015-AMC |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the *Amended Chapter 13 Plan & Certificate of Service* filed at Docket Entry #31.

DATED: 7/13/2021         BY:   /s/ *Brad J. Sadek*
                                Brad J. Sadek, Esq.
                                Sadek and Cooper Law Offices
                                1315 Walnut Street, Suite 502
                                Philadelphia, PA 19107
                                215-545-0008
                                Attorney for Debtors