UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| TIKEEIA W. BULLOCK | : BANKRUPTCY NO. 21-10015-amc |
|     Debtor | : |
| | : CHAPTER 13 |
| | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : L.B.R. 9014-3 |
| | : |
|     Movant | : HEARING: SEPTEMBER 12, 2023 |
| | :     at 11:00 A.M. |
| vs. | :     Robert N.C. Nix, Sr. |
| | :     Federal Courthouse |
| TIKEEIA W. BULLOCK and | :     900 Market Street |
| KENNETH E. WEST, Trustee | :     Courtroom #4 |
|     Respondents | :     Philadelphia, PA 19107 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE ASHELY M. CHAN, U. S. BANKRUPTCY JUDGE:

    AND NOW comes Pennsylvania Housing Finance Agency, by its attorneys, Purcell, Krug & Haller, and files this Motion to obtain relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code as follows:

    1.    That this is a contested matter under Rule 9014 brought pursuant to 11 USC Section 362(d).

    2.    Movant, Pennsylvania Housing Finance Agency, is a company with an office located at 211 North Front Street, Harrisburg, Pennsylvania 17101.

    3.    Respondent, Tikeeia W. Bullock is an adult individual whose last known address is 1944 Penfield Street, Philadelphia, PA 19138.

4. Respondent, Kenneth E. West, is the Trustee duly appointed in the above case with a place of business at 1234 Market Street, Suite 1813, Philadelphia, PA 19107.

5. On or about November 25, 2015, Respondent executed and delivered a Mortgage Note in the sum of $113,960.00 payable to WELLS FARGO BANK, N.A., which Note is attached hereto and marked Exhibit "A".

6. Contemporaneously with and at the time of the execution of the aforesaid Mortgage Note, in order to secure payment of the same, the Respondent made, executed, and delivered to original Mortgagee, a certain real estate Mortgage which is recorded in the Recorder of Deeds Office of the within County and Commonwealth on December 11, 2015 as Instrument Number 52997881 conveying to original Mortgagee the subject premises. The Mortgage was subsequently assigned to PENNSYLVANIA HOUSING FINANCE AGENCY and was recorded on February 10, 2016 in the aforesaid County as Instrument Number 53021514. The said Mortgage and Assignment are incorporated herein by reference.

7. The land subject to the Mortgage is known and numbered as 1944 Penfield Street, Philadelphia, PA 19138.

8. The balance owed Movant is approximately $102,500.00.

9. Other liens against the property (per Debtor's Schedules):

   Second Mortgage to Pennsylvania Housing Finance Agency in the amount of $2,319.00.

10. The value of the real estate is approximately $158,200.00 (per Debtor's Schedules), so that there may be equity in the property.

11. Debtor has failed to make five (5) postpetition mortgage payments to Movant in the amount of $836.70 each, plus four (4) late charges in the amount of $22.42 each, for a total of $4,273.18.

12. Movant is entitled to relief for cause.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure rights and that such further relief be granted as your Honorable Court deems fair and equitable.

        PURCELL, KRUG & HALLER

By: /s/Leon P. Haller
   Leon P. Haller
   Attorney for Movant
   1719 North Front Street
   Harrisburg, PA  17102-2392
   (717)234-4178

Date: August 14, 2023       Attorney ID #15700
   lhaller@pkh.com