UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| TIKEEIA W. BULLOCK | : BANKRUPTCY NO. 21-10015-amc |
| Debtor | : |
| | : CHAPTER 13 |
| | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : L.B.R. 9014-3 |
| | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| TIKEEIA W. BULLOCK and KENNETH E. WEST, Trustee | : |
| Respondents | : |

### NOTICE OF MOTION/RESPONSE DEADLINE AND HEARING DATE

PENNSYLVANIA HOUSING FINANCE AGENCY has filed a Motion for Relief from the Automatic Stay with the Court.

1. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **AUGUST 28, 2023**, you or your attorney must file a response to the Motion. *(see Instructions on next page)*.

3. **A hearing on the Motion** is scheduled to be held before The Honorable Ashely M. Chan on **SEPTEMBER 12, 2023 at 11:00 A.M.** in the Courtroom #4, United States Bankruptcy Court, Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on paragraph 10 of this Notice.

### Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

> Clerk
> U. S. Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix Sr. Federal Courthouse
> 900 Market Street
> Philadelphia, PA  19107

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Leon P. Haller, Esquire
> Purcell, Krug & Haller
> 1719 North Front Street
> Harrisburg, PA 17102-2392
> Telephone No. (717)234-4178
> Fax No.   (717)233-1149

PURCELL, KRUG & HALLER

By:/s/Leon P. Haller_____
Leon P. Haller
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
Attorney ID #15700
Attorney for Movant
lhaller@pkh.com

Dated: August 14, 2023